# EXHIBIT 1

Made to Order

An exclusive offering that redefines bespoke luxury. This collection allows clients to tailor signature pieces to their exact desires to ensure the highest standards of artistry and precision. The evening collection invites clients to select their preferred colors, ensuring a personalized and refined experience.

Each piece embodies the spirit of the House of Gilles, enabling those who cherish our designs to wear them with the regularity they deserve; all while maintaining the unmatched craftsmanship and elegance that defines the House of Gilles.

Price upon request



https://se.pinterest.com/pin/1049409150728392369/                    February 6, 2026





Search for flowy evening dress                                      Log in    Sign up



♡ 3    ⬆    •••                              Visit    Save

houseofgilles.com

**Made-to-Order Collection – Luxury Tailored Designs by House of Gilles — HOUSE OF GILLES**

"Explore the Made-to-Order Collection at House of Gilles, where luxury meets personalization. Each piece is crafted with meticulous attention to detail, offering timeless designs tailored to your...  ...more

● House of Gilles

**Comments**

Add a comment                                

### Shop the look

  





Monique Lhuillier No Wrap Strapless...  •••                •••

 

 

LA MAISON    COLLECTIONS    INQUIRIES

THE MINI COLLECTION
HAUTE COUTURE
BRIDAL
CASADEI X HOUSE OF GILLES
EVENING

HOUSE OF GILLES
COUTURE

Made to Order

An exclusive offering that redefines bespoke luxury. This collection allows clients to tailor signature pieces to their exact desires to ensure the highest standards of artistry and precision.  The evening collection invites clients to select their preferred colors, ensuring a personalized and refined experience.

Each piece embodies the spirit of the House of Gilles, enabling those who cherish our designs to wear them with the regularity they deserve, all while maintaining the unmatched craftsmanship and elegance that defines the House of Gilles.

Price upon request





















 

Copyright © 2025 House of Gilles Inc.  All rights reserved.



**CELEBRITY**
129w



**HERITAGE**
5w



Made to Order 57w

Reply to houseofgilles...



**COLLECTION 02**
58w







Made to Order ✓  57w

CELEBRITY
129w

HERITAGE
5w

COLLECTION 02
58w

Reply to houseofgilles...



CELEBRITY
129w



Made to Order ✔  57w

Reply to houseofgilles...



COLLECTION 02
58w

HERITAGE
5w







CELEBRITY
129w

HERITAGE
5w



Made to Order 57w

Reply to houseofgilles...



COLLECTION 02
58w





Instagram

Made to Order 57w

CELEBRITY
129w

HERITAGE
5w

COLLECTION 02
58w

Reply to houseofgilles...









Instagram

Made to Order ✔ 57w

CELEBRITY
129w

HERITAGE
5w

COLLECTION 02
58w

Reply to houseofgilles...







**Made to Order** ✔ 57w



**CELEBRITY**
129w

**HERITAGE**
5w



**COLLECTION 02**
58w

Reply to houseofgilles...















CELEBRITY
129w

Made to Order 57w





COLLECTION 02
58w

Reply to houseofgilles...









Made to Order ✓  57w

Reply to houseofgilles...



CELEBRITY
129w

HERITAGE
5w



COLLECTION 02
58w



CELEBRITY
129w

HERITAGE
5w



Made to Order 57w

Reply to houseofgilles...



COLLECTION 02
58w











CELEBRITY
129w

HERITAGE
5w



Made to Order ✓  57w

Reply to houseofgilles...



COLLECTION 02
58w









